IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT LEE, JR.,

    Petitioner,        No. CIV S-07-2459 LKK JFM P

    vs.

JOHN MARSHALL, Warden,

    Respondent.        ORDER

_____/

        Petitioner has requested an extension of time to file a "reply" pursuant to the court's order of January 25, 2008. On March 10, 2008, respondent filed a motion to dismiss this action on the ground that it was filed beyond the one-year statute of limitations period contained in 28 U.S.C. § 2244(d). Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, the court will construe petitioner's filing as a request for extension of time in which to file an opposition to respondent's motion to dismiss.[1]

---

[1] Petitioner is advised that if the motion to dismiss is denied, respondent will be provided an opportunity to file an answer, and thirty days thereafter, petitioner will be permitted to file his traverse on the merits of the petition.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's April 7, 2008 request for an extension of time, construed as a request for extension of time to file an opposition to the March 10, 2008 motion, is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file an opposition to the motion to dismiss.

DATED: April 10, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001;lee2459.111